ACCEPTED
01-15-00586-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 4:17:53 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00586-CV

## IN THE COURT OF APPEALS FOR THE FIRST DISTRICT IN HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 4:17:53 PM
CHRISTOPHER A. PRINE
Clerk

## MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON AND LONNY PETERSON, APPELLANT

**v.**

## CAROL ANNE MANLEY, DAVID PATTERSON, SILVERADO SENIOR LIVING, INC., D/B/A SILVERADO SENIOR LIVING SUGAR LAND

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL FOR DEFENDANT, SILVERADO SENIOR LIVING, INC. D/B/A SILVERADO SENIOR LIVING SUGAR LAND

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**I.**

Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land ("Silverado") hereby designates P. Alan Sanders (Texas Bar No. 17602100) as Lead Counsel of record for this appeal.

**II.**

P. Alan Sanders is a member in good standing with the State Bar of Texas, beginning in May 1983.

4836-3776-6697.1

**III.**

P. Alan Sanders Texas Bar Number is 17602100 and his office address, telephone, fax number and email address are as follows:

> P. Alan Sanders
> Lewis Brisbois Bisgaard & Smith, LLP
> Weslayan Tower, Suite 1400
> 24 Greenway Plaza
> Houston, Texas 77046
> (713) 659-6767  Telephone
> (713) 759-6830   Facsimile
> alan.sanders@lewisbrisbois.com

**IV.**

Josh K. Davis will remain as additional counsel of record for Defendant Silverado.

> Respectfully submitted,
>
> **LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
>
> _/s/ P. Alan Sanders_
> PANNAL ALAN SANDERS
> TBN:  17602100
> JOSH K. DAVIS
> TBN: 24031993
> Weslayan Tower, Suite 1400
> 24 Greenway Plaza
> Houston, Texas 77046
> (713) 659-6767  Telephone
> (713) 759-6830   Facsimile
> Alan.Sanders@lewisbrisbois.com
> Josh.Davis@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT,
SILVERADO SENIOR LIVING, INC.
D/B/A
SILVERADO SENIOR LIVING SUGAR
LAND**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record via electronic filing on this 16th day of October, 2015.

Candice L Schwager
The Schwager Law Firm
1417 Ramada Dr.
Houston, Texas 77062
*Attorney for Plaintiffs*

Philip M. Ross
1006 Holbrook Road
San Antonio, Texas 78218
*Attorney for Plaintiffs*

Sarah Patel Pacheco
Crain, Caton & James, PC
1401 McKinney Street
1700 Five Houston Center
Houston, Texas 77010
*Attorneys for Carol Manley and David Peterson*

Jill W. Young
MacIntyre, McCulloch, Stanfield & Young, LLP
2900 Weslayan, Suite 150
Houston, Texas 77027
*Guardian Ad Litem*

W. Russ Jones
Underwood, Jones Scherrer & Malouf, PLLC
5177 Richmond Ave, Suite 505
Houston, Texas 77056
*Attorney Ad Litem*

/S/ P. Alan Sanders
P. ALAN SANDERS

4836-3776-6697.1